## EASTERN TRANSPORTATION COMPANY, as charterer in possession of the barge LAKE FRUMET, Libellant-Appellee, v. Steamship VERA CRUZ and The Texas Company, Claimant-Respondent-Appellant, and Tug BERMUDA and Southern Transportation Company, Claimant-Respondent-Appellee.

### No. 114, Docket 21828.

United States Court of Appeals
Second Circuit.

Argued Dec. 12, 1950.

Decided Jan. 2, 1951.

Tompkins, Boal & Tompkins, New York City, Arthur M. Boal, New York City, for claimant-respondent-appellant.

Nelson, Healy, Baillie & Burke, New York City, Nicholas J. Healy, 3rd, and J.

306

Lester Parsons, Jr., New York City, for claimant-respondent-appellee.

Foley & Martin, New York City, Christopher E. Heckman, New York City, for libellant-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Kennedy, J., 94 F.Supp. 695.